IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMIE BERNARD ODUM, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-93 (TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 10, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 11th day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk